MILDRED TERRIS, Respondent, v. JULIAN FOOD CORPORATION, Appellant, Impleaded with Others.

(Submitted June 1, 1936; decided June 5, 1936.)

*Nathan J. Gottlieb* for motion.

*Meyer Kivowitz* and *Adam Frank* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.